**FILED**

March 2, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        MG
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | **EP-22-CR-00229-KC** |
| | § | |
| v. | § | **I N D I C T M E N T** |
| | § | |
| (1) JOHN MICHAEL CONNELLY, and | § | **Cts. 1 & 2:** 18 U.S.C. 922(g)(3)— |
| (2) PAOLA CONNELLY, | § | Possession of a firearm and ammunition by |
| | § | an Unlawful User of a Controlled |
| | § | Substance; |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. § 922(g)(3)]**

That on or about the December 28, 2021, within the Western District of Texas, the

Defendant,

**(1) JOHN MICHAEL CONNELLY,**

then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, knowingly

possessed firearms, to wit: a Camden Defense, Model CD-15, multi caliber semi-automatic rifle,

Serial Number CD3197; an Anderson Manufacturing, Model AM-15, multi caliber semi-automatic

rifle, Serial Number 20364910; an Anderson Manufacturing, Model AM-15, multi caliber semi-

automatic rifle, Serial Number 21269226; an Anderson Manufacturing, Model AM-15, multi

caliber semi-automatic firearm, Serial Number 20092784; an Anderson Manufacturing, Model

AM-15, multi caliber semi-automatic rifle, Serial Number 21127287; a Glock, Model 43X, 9

caliber pistol, Serial Number BPTY407; a Glock, Model 19, pistol, Serial Number BHNZ906, a

Glock, Model 19, pistol, Serial Number BKZX116; and a Mossberg, 12 gauge shotgun, Serial Number V1237779; and ammunition, to wit, IMI Systems, 5.56 mm FMJ ammunition; Winchester, 5.56 mm FMJ M855 ammunition; Winchester, 12 gauge ammunition; Sellier & Bellot, 9x19 mm ammunition; Blazer, 9 mm Luger ammunition; Speer, 9 mm Luger ammunition; Igman, 9x19 mm Luger ammunition; Firequest, 12 gauge Flamethrower ammunition; and Barnaul Russian 2.23 Remington caliber (5.56x45 mm) FMJ ammunition, and the firearms and ammunition had travelled in and affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT TWO
### [18 U.S.C. § 922(g)(3)]

That on or about the December 28, 2021, within the Western District of Texas, the Defendant,

### (2) PAOLA CONNELLY,

then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, knowingly possessed firearms, to wit: a Camden Defense, Model CD-15, multi caliber semi-automatic rifle, Serial Number CD3197; an Anderson Manufacturing, Model AM-15, multi caliber semi-automatic rifle, Serial Number 20364910; an Anderson Manufacturing, Model AM-15, multi caliber semi-automatic rifle, Serial Number 21269226; an Anderson Manufacturing, Model AM-15, multi caliber semi-automatic firearm, Serial Number 20092784; an Anderson Manufacturing, Model AM-15, multi caliber semi-automatic rifle, Serial Number 21127287; a Glock, Model 43X, 9 caliber pistol, Serial Number BPTY407; a Glock, Model 19, pistol, Serial Number BHNZ906, a Glock, Model 19, pistol, Serial Number BKZX116; and a Mossberg, 12 gauge shotgun, Serial Number V1237779; and ammunition, to wit, IMI Systems, 5.56 mm FMJ ammunition; Winchester, 5.56 mm FMJ M855 ammunition; Winchester, 12 gauge ammunition; Sellier &

Bellot, 9x19 mm ammunition; Blazer, 9 mm Luger ammunition; Speer, 9 mm Luger ammunition;

Igman, 9x19 mm Luger ammunition; Firequest, 12 gauge Flamethrower ammunition; and Barnaul

Russian 2.23 Remington caliber (5.56x45 mm) FMJ ammunition, and the firearms and ammunition

had travelled in and affected interstate and foreign commerce, in violation of Title 18, United

States Code, Section 922(g)(3).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violation and Forfeiture Statutes
### [Title 18 U.S.C. § 922(g)(3), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth above, the United States of America

gives notice to Defendants **(1) JOHN MICHAEL CONNELLY, and (2) PAOLA CONNELLY**

of its intent to seek the forfeiture of the properties described below upon conviction pursuant to

FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture

by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

**Title 18 U.S.C. § 924.**
\* \* \*

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of
subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing
importation or bringing into the United States or any possession thereof any firearm or
ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be
subject to seizure and forfeiture under the provisions of this chapter. . .

The Notice of Demand of Forfeiture includes but is not limited to the properties described

below in Paragraph II.

## II.
## Properties

1. Camden Defense, Model CD-15, multi caliber semi-automatic rifle, Serial Number CD3197;
2. Anderson Manufacturing, Model AM-15, multi caliber semi-automatic rifle, Serial Number 20364910;
3. Anderson Manufacturing, Model AM-15, multi caliber semi-automatic rifle, Serial Number 21269226;
4. Anderson Manufacturing, Model AM-15, multi caliber semi-automatic firearm, Serial Number 20092784;
5. Anderson Manufacturing, Model AM-15, multi caliber semi-automatic rifle, Serial Number 21127287;
6. Glock, Model 43X, 9 caliber pistol, Serial Number BPTY407;
7. Glock, Model 19, pistol, Serial Number BHNZ906,
8. Approximately 132 Rounds of .556 caliber ammunition;
9. Approximately 25 rounds of assorted 9mm caliber ammunition;
10. Approximately 60 rounds of assorted caliber ammunition;
11. Approximately 29 rounds of .556 caliber ammunition;
12. Approximately 1,070 rounds of assorted 9mm caliber ammunition;
13. Approximately 320 rounds of assorted 12 gauge ammunition;
14. Approximately 2,880 rounds of assorted .556 ammunition, and
15. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY:

Assistant U.S. Attorney