UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**United States of America**,
   Plaintiff,

v.

**(2) Paola Connelly**,
   Defendant.

No. EP-22-CR-229(2)-KC

## Notice of Appeal

The United States appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order filed November 1, 2024 (ECF No. 150), dismissing Count Two of the Indictment.

Respectfully submitted,

Jaime Esparza
United States Attorney

By: *Patricia Aguayo*
Patricia Aguayo
Assistant United States Attorney
Texas Bar No. 24059359
700 East San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## Certificate of Service

I certify that on November 25, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

Mary Stillinger, Attorney for Defendant

*Patricia Aguayo*
Patricia Aguayo
Assistant United States Attorney

**Notice of Appeal** 2